Jane E. De Biase, et al., Minors, by Their Father and Next Friend, Donald T. De Biase, Plaintiffs-Appellees, v. Donald D. Moza, Defendant-Appellant.

Gen. No. 66–79.

Second District.

March 17, 1967.

Tom L. Yates, of Chicago, for appellant; Harold W. Wynkoop, of Chicago, for appellees. Opinion by JUSTICE MORAN. Not to be published in full.